Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.854.6899
Attorneys for Plaintiff

**FILED**
CLERK, U.S. DISTRICT COURT
11/25/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: GR DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE RAE RUMMELL, | ) |
| Plaintiff, | ) CASE NO.: 2:15-cv-1341-RAO |
| v. | ) |
| CAROLYN W. COLVIN, Acting, Commissioner of Social Security, | ) ORDER AWARDING EAJA FEES |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND 00/100 ($3,850.00) subject to the terms of the stipulation.

DATED: November 25, 2015

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE